Michael A. Siddons
The Law Firm of Michael Alan Siddons
16 West Front Street
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| Liborio Alday, | : | |
| Plaintiff, | : | Civil Case No.: 2:13-cv-06652-KSH-CLW |
| vs. | : | |
| GC Services, LP, | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SETTLEMENT**

Plaintiff, LIBORIO ALDAY ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By:/s/  Michael A. Siddons_____
       Michael A. Siddons
       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On December 17, 2013, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

                                        By:/s/  Michael A. Siddons_____
                                                 Michael A. Siddons